UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANASTACIO ALMAZAN-MARTINEZ,<br><br>         Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | NO. 1:14-cv-03193-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 19. The parties stipulate that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council, upon remand, will instruct the Administrative Law Judge ("ALJ") to consolidate Plaintiff's Title II and Title XVI claim. The ALJ will also offer Plaintiff an opportunity for a hearing. A single decision shall issue on the consolidated claims.

The ALJ will also make a de novo determination as to Plaintiff's disability status, and issue a new decision. Plaintiff is eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq.*

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 19, is **GRANTED**.

2. The above-captioned case is **reversed and remanded** to the ALJ.

//

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

3. On remand, the Appeals Council will instruct the ALJ to consolidate Plaintiff's Title II and Title XVI claims; offer Plaintiff a hearing; and issue a single decision on the consolidated claims.

3. The ALJ will make a de novo determination as to disability, and issue a new decision.

4. Within 10 days after the date this Order is filed, Plaintiff shall file her request for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 16th day of October, 2015.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2