UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANASTACIO ALMAZAN-MARTINEZ,<br><br>              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>              Defendant. | No.  1:14-cv-3193-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  October 16, 2015

SEAN F. McAVOY
Clerk of Court

By: *s/Virginia Reisenuaer*
      Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**